UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　　Defendants. | No.  2:20-cv-00691-JAM-CKD PS<br><br><br>ORDER |

　　　　On August 19, 2020, the magistrate judge filed findings and recommendations (ECF. No. 13) herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  On August 20, 2020, plaintiff filed objections to the proposed findings and recommendations (ECF. No. 14), which have been considered by the court.  On September 2, 2020, defendants filed objections to the proposed findings and recommendations, which have also been considered.  (ECF No. 16.)

　　　　This court reviews de novo those portions of the proposed findings of fact to which an objection has been made.  28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982); see also Dawson v. Marshall, 561 F.3d 930, 932 (9th Cir. 2009).  As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law.  See Orand v. United States, 602 F.2d 207, 208 (9th

Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

  The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed findings and recommendations in full. Accordingly, IT IS ORDERED that:

  1. The Proposed Findings and Recommendations filed August 19, 2020, are ADOPTED.

  2. Defendants' motion to dismiss (ECF No. 8) is GRANTED.

  3. Plaintiff's complaint is dismissed without leave to amend.

  4. The Clerk of Court is directed to close this case.

DATED: October 6, 2020     /s/ John A. Mendez
               THE HONORABLE JOHN A. MENDEZ
               UNITED STATES DISTRICT COURT JUDGE